**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6184

KEVIN M. LUCK,

Plaintiff - Appellant,

versus

SERGEANT CHILDRESS, Danville City; DOCTOR ALIBANZA; NURSE TURNER; NURSE STAPP,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Jackson L. Kiser, Senior District Judge.  (7:06-cv-00726-JLK)

Submitted:  July 19, 2007              Decided:  July 24, 2007

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin M. Luck, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin M. Luck appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Luck v. Childress, No. 7:06-cv-00726-JLK (W.D. Va. Jan. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED